# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00244-WYD

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TODD BRIAN SHARON,

Defendant.

---

## NOTICE OF INTENT TO RELY UPON THE DEFENSE OF INSANITY
---

COMES NOW the Defendant, Todd Brian Sharon, by and through counsel, Gary D. Fielder, Esq., hereby gives notice to the Government in writing of the Defendant's intention to rely upon the defense of insanity pursuant to Rule 12.2, and respectfully requests the Court issue an order, waiving and tolling speedy trial, and order the appropriate evaluation, while the Defendant remains in custody.

AS SUCH, the Defendant states:

1. Rule 12.2, Fed.R.Crim.P. states:

(a) Notice of an Insanity Defense. A Defendant who intends to assert a defense of insanity at the time of the alleged offense must so notify an attorney for the government in writing within the time provided for filing a pretrial motion, or at any later time the court sets, and file a copy of the notice with the clerk. A Defendant who

fails to do so cannot rely on an insanity defense. The court may, for good cause, allow the Defendant to file the notice late, grant additional trial-preparation time, or make other appropriate orders.

(b) Notice of Expert Evidence of a Mental Condition. If a Defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the Defendant bearing on either (1) the issue of guilt or (2) the issue of punishment in a capital case, the Defendant must—within the time provided for filing a pretrial motion or at any later time the court sets—notify an attorney for the government in writing of this intention and file a copy of the notice with the clerk. The court may, for good cause, allow the Defendant to file the notice late, grant the parties additional trial-preparation time, or make other appropriate orders.

(c) Mental Examination.

(1) Authority to Order an Examination; Procedures.

(A) The court may order the Defendant to submit to a competency examination under 18 U.S.C. §4241.

(B) If the Defendant provides notice under Rule 12.2(a), the court must, upon the government's motion, order the Defendant to be examined under 18 U.S.C. §4242. If the Defendant provides notice under Rule 12.2(b) the court may, upon the government's motion, order the Defendant to be examined under procedures ordered by the court.

2. Accordingly, undersigned counsel, on behalf of the Defendant, hereby provides notice to the Court and U.S. Attorney's office that to rebut the mental state required to prove the offenses charged, the defense would likely introduce evidence of Mr. Sharon's impaired mental condition.

3. Under these circumstances, the relevant federal statutes bar the defense from introducing evidence of the Defendant's mental condition, without this notice and a court ordered evaluation.

4. The defense hereby respectfully requests that the Court order an independent examination. Additionally, in light of the time necessary to conduct the evaluation and adequately prepare for trial, the defense requests that, pursuant to statute, speedy trial be otherwise waived and tolled.

5. Presently, the Defendant is in custody. Because of that, the defense understands that the evaluation will be done while the Defendant remains in custody.

WHEREFORE, the Defendant, Todd Sharon, through counsel, Gary D. Fielder, Esq., hereby gives notice of the Defendant's intent to introduce evidence of his mental condition at the time of the offense, and respectfully requests the Court issue an order vacating the currently set jury trial, waiving and tolling speedy trial, and order the appropriate evaluation while the Defendant remains in custody.

Respectfully submitted,

*/s/ Gary D. Fielder*
Gary D. Fielder, #19757
LAW OFFICE OF GARY FIELDER
5777 Olde Wadsworth Blvd., #R700
Arvada, CO 80002
(303) 650-1505
criminaldefense@fielderlaw.net

Attorney for Defendant Todd Brian Sharon

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2018, I electronically filed the foregoing **NOTICE OF INTENT TO INTRODUCE MENTAL CONDITION EVIDENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Timothy Edmonds, AUSA
Email: Timothy.Edmonds@usdoj.gov

*/s/ Shelley Ricker, Legal Assistant*