December 5, 2019

Todd B. Sharon #44295-013
Clear Creek County Jail
P.O. Box 518
Georgetown, Co 80444

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 09 2019
JEFFREY P. COLWELL
CLERK

United States District Court
ATTN: Honorable Judge Christine Arguello
901 19th St.
Denver, Co 80294

RE: United States v. Todd Sharon
Case No. 1:17-cr-00244-CMA

Dear Honorable Judge Arguello,

I apologize for my sending you this 4th letter on the same subject — continue my sentencing for 30-45 days to ensure I receive all of the medical treatments I've been fighting for since January 2019 — but if you question why I'm asking you to reconsider your December 2nd, 2019 Stricken Orders, I've enclosed one of the letters from my appointed counsel, Ms. Eskesen, wherein you can see for yourself that counsel-of-record appears to put the resolution of my case above my needs for healthcare.

letter 12/5/19
case no.
17-cr-00244-CMA
pg. 2

Granted, the dated letter was before your most recent continuance of my sentencing – from November 13rd to December 18th, 2019 – but as you can see, medical procedures involves 1000's of patients being scheduled. With DHMC, Denver's primary hospital, non-life threatening needs aren't sped-through the process.

The other side to that coin is that to rely on a state prison to attempt to do a non-evasive surgical procedure (as B.V.C.F. attempted in 2015) for this same injury, I was left partially paralyzed afterwards for nearly 2 months because the state-prison doctors are usually rejects from society's practices/hospitals who are reduced to a prison job.

I hear that federal prison isn't like this... and I hope thats the truth – that inmates go to actual hospitals for necessary procedures. If you can order that my federal sentence be served first/immediately with a recommendation to go to FMC Butner or FCI Butner, then I'll be taken care of there hopefully. But to not allow another 30-45 days before sentencing me if your intention is to send me back to state prison first, will deny the treatment procedures I need.

letter 12/5/19
case no.
17-cr-00244-cma
pg 3

As stated earlier, I've enclosed one of the letters from counsel... you can read for yourself what I perceive Ms. Eskesen's priorities to be. While I understand the nature of our attorney-client relationship has severely changed since I could no longer pay her and the court had to appoint her, there are some things (such as a person's health) that need to be factored in the the "basic" representation. Ms. Eskesen has a job to do, as do you your Honor, and I've stated before I'm not trying to subvert justice in my case. I'm simply begging the court to listen to my pleas and grant this simple request that may greatly help me live a longer and more productive quality of life... albeit in prison.

I also need Hepatitis C treatment, and I guess my case has come "out of deferment" by USMS and what that means I don't know. I know I need treatment and more blood tests were done today — this treatment can follow me anywhere. Again I'm sorry to keep bothering you Judge Arguello, but I remember it was you who told me you don't really get to know defendants aside from PSR's, letters, and what they say to you.

Letter 12/5/19
Case no.
17-Br-00244-CMA
pg 4

I don't know if my requests qualify for that... given the circumstances. I doubt it... but I'm not really a bad guy. I'm someone who has an addiction problem and this case is more evidence of that. I hope you understand. I'm just hoping to live a little longer than what I medically may not be able to do.

Thank you for your time in reading my letter — I apologize for being sappy — and have a nice day.

Best Regards
Todd Shaw

**MARTHA H. ESKESEN, P.C.**
ATTORNEY AT LAW
5445 DTC PARKWAY, PENTHOUSE, 4
GREENWOOD VILLAGE, COLORADO 80111
TELEPHONE (303) 486-6938
FACSIMILE (303) 573-4921
meskesen@eskesenlaw.com

October 17, 2019

Todd B. Sharon
Reg. No. 44295-013
Clear Creek County Jail
P.O. Box 518
Georgetown, CO 80444

   Re: United States v. Todd Sharon, Case No. 17-cr-00244-WYD

Dear Todd:

This letter to you is to correct errors in the letter I sent out to you earlier today. I was rushing to get it out before a meeting and neglected to carefully proofread it before I mailed it. I apologize.

Judge Arguello granted the Unopposed Motion to Continue the Sentencing Hearing and to Extend Time Within Which to Respond to the Presentence Investigation Report filed on October 15, 2019. Copies of the motion and order were mailed to you with the earlier letter on this date.

Your sentencing hearing is now set for December 18, 2019 at 11:00 a.m. and the deadlines relating to sentencing filings are adjusted accordingly in connection with this date. This means that objections to the PSR are due by November 29, 2019 (the day after Thanksgiving) and motions for upward or downward departure and sentencing variances are due by December 4, 2019. My previous letter stated the date as December 14. This was a typographical error.

I do not plan to seek any further continuances of these dates. This case has been pending since 2017 and I sense that the Court will not be amenable to further delay.

In addition, I am working to obtain further information regarding the matters you objected to when we reviewed the PSR on October 9, 2019 and to obtain your medical records from GEO. I will do my best to track down all available information. Nevertheless, the matters to which you object have no bearing on the sentencing guideline calculation in your case and are not going to change the fact that you are a Criminal History Category VI.

Very truly,

*/s/ Martha H. Eskesen*

Martha H. Eskesen
Attorney at Law

/mhe

Todd Sharon #44295-013
P.O. Box 918
Georgetown, CO 80444

✱ LEGAL MAIL
CONFIDENTIAL

Deposit Funds, On-line at
InmateCanteen.com

United States District Court
ATTN: Honorable Judge Arguello
901 19th St.
Denver, CO   80294

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 54022
02 4W
0000359603
$ 000.50°
FOREVER / USA