UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 17-cr-00244-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TODD BRIAN SHARON,

        Defendant.

_____

### SUGGESTION OF DEATH
_____

Martha H. Eskesen of Martha H. Eskesen of MARTHA H. ESKESEN, P.C., provides notice that she was advised today that Mr. Sharon passed away on April 7, 2020 while in the custody of the Colorado Department of Corrections. Ms. Eskesen will provide the Court with a death certificate once it becomes available.

Dated:  April 10, 2020        MARTHA H. ESKESEN, P.C.

                                    s/ Martha H. Eskesen
                                    Martha H. Eskesen
                                    5445 DTC Parkway, Penthouse 4
                                    Greenwood Village, CO 80111
                                    Telephone:   (303) 486-6938
                                    Facsimile:    (303) 573-4921
                                    Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on April 10, 2020, I electronically filed the foregoing **SUGGESTION OF DEATH** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cyrus Chung, Assistant U.S. Attorney
Cyrus.Chung@usdoj.gov

Michelle Means, U.S. Probation Officer
michelle_means@cod.uscourts.gov>

      And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

                                      MARTHA H. ESKESEN, P.C.

                                      s/ Martha H. Eskesen
                                      Martha H. Eskesen
                                      5445 DTC Parkway, Penthouse 4
                                      Greenwood Village, CO 80111
                                      Telephone:   (303) 486-6938
                                      Facsimile:    (303) 573-4921
                                      Email: meskesen@eskesenlaw.com